JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT RAMSEY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SECURED INVESTMENT CORP.,<br><br>          Defendants. | Case No. 2:23-cv-08826-FLA (AGRx)<br><br>**ORDER DISMISSING ACTION [DKT. 23]** |

1

1   On February 29, 2024, Plaintiff Clint Ramsey ("Plaintiff") filed a Notice of
2   Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 23.
3   Having considered the Notice of Dismissal and finding good cause therefor, the court
4   hereby ORDERS:

   1. All dates and deadlines governing this action are VACATED.
   2. The court DISMISSES the action with prejudice.

   IT IS SO ORDERED.

Dated: March 1, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge